# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| O'Neill, Lawrence J. | Eastern District of California | 01/04/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge (active) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

United States Courthouse
2500 Tulare Street
Fresno, California 93721

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Family Trust, inclusive of ALL assets listed in Part VII. In addition, Wells Fargo checking and savings accounts, and residences owned. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1999 | State of California Judges Retirement Plan (pension commenced at age 63 in September, 2016) |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J. | 01/04/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J. | 01/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 1. Prudential Fin Inc (Schwab acct) | C | Interest | L | T | | | | | |
| 2. North Track Geneva Growth Fund (Schwab) IRA | A | Interest | J | T | | | | | |
| 3. RS Global Natural Resources Fund (Schwab) IRA | B | Interest | K | T | | | | | |
| 4. Kensington Strategic Realty Fund (Schwab) IRA | A | Distribution | J | T | | | | | |
| 5. Dodge and Cox Stock Fund (Schwab) | C | Dividend | L | T | | | | | |
| 6. American Fund New World (Schwab)(IRA) | A | Interest | J | T | | | | | |
| 7. Schwab US Treasury Money fund (IRA) | A | Interest | K | T | | | | | |
| 8. Wells Fargo Bank Trust #1 | A | Interest | J | T | | | | | |
| 9. RS Global Natural (Schwab) IRA | A | Interest | J | T | | | | | |
| 10. First Eagle Overseas (Schwab) | A | Interest | J | T | | | | | |
| 11. American Funds New World (Schwab) IRA | A | Dividend | J | T | | | | | |
| 12. Kensington Select Income (Schwab) IRA | A | Dividend | K | T | | | | | |
| 13. Clovis Community Bank | A | Interest | J | T | | | | | |
| 14. Argonaut Corp, Livermore, California 1985 $84,200 Trust #1 | D | Distribution | M | T | | | | | |
| 15. Wells Fargo Bank, acct #2 | A | Interest | J | T | | | | | |
| 16. Desert Funding, Inc. Mortgage Note (Trust #1) | D | Interest | M | T | | | | | |
| 17. Macwest Riverside Housing Inv, LLC | A | Distribution | M | U | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J. | 01/04/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. California State University Revenue Muni Bond | A | Interest | K | T | | | | | |
| 19. Oregon Go Elderly/Disabled muni bond | A | Interest | J | T | | | | | |
| 20. Puerto Rico Electric Power Muni bond | A | Interest | K | T | | | | | |
| 21. San Francisco Intl Airport muni Bond | A | Interest | J | T | | | | | |
| 22. St. Louis MO Airport muni bond | A | Interest | J | T | | | | | |
| 23. Bank of America Sub Not corporate bonds | B | Interest | K | T | | | | | |
| 24. GTE North Inc bond | A | Interest | J | T | | | | | |
| 25. Key Bank corporate bond | B | Interest | K | T | | | | | |
| 26. Laclede Gas Co 1st mortgage | B | Interest | J | T | | | | | |
| 27. Pacifric Bell corp bond | B | Interest | K | T | | | | | |
| 28. Providence Gas Co bond | A | Interest | J | T | | | | | |
| 29. Prudential Finl Inc corporate bond | B | Interest | K | T | | | | | |
| 30. Southwestern Bell Te. Co corporate bond | B | Interest | K | T | | | | | |
| 31. American Funds, Fund Inv F-1 | A | Dividend | K | T | | | | | |
| 32. Capital World Growth and Income mutual fund | A | Interest | J | T | | | | | |
| 33. Pureto Rico Convention Center bonds | B | Interest | K | T | | | | | |
| 34. Contra Costa Community College bonds | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J. | 01/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Encinitas Ca Public Library Constructiion Bonds | A | Interest | J | T | | | | | |
| 36. Schwab Govt Money Fund: IRA--Schwabb | A | Interest | K | T | | | | | |
| 37. Morgan Stanley CD (Schwab) | B | Interest | K | T | | | | | |
| 38. Schwab Govt Money Fund: Schwabb | D | Interest | M | T | | | | | |
| 39. TCW Total Return Bond (schwab) IRA | C | Interest | K | T | | | | | |
| 40. JP Morgan Highbridge Stat Mkt Neutral Select CL | B | Dividend | K | T | | | | | |
| 41. Loomis Sayles Bond Cl (Schwab) (IRA) | B | Dividend | K | T | | | | | |
| 42. Tweedy Brown Global Fund (schwab--IRA) | B | Dividend | K | T | | | | | |
| 43. Schwab Ca Muni Money Fd Sweep shares | A | Interest | J | T | | | | | |
| 44. Pimco All Asset Fund, Instit class Schwab | B | Interest | K | T | | | | | |
| 45. SCH Ca Muni Money Fd shares (Schwab) | D | Interest | M | T | | | | | |
| 46. San Francisco Calif City/County Public Utility bonds | A | Dividend | K | T | | | | | |
| 47. Dublin, Calif School Securities | A | Dividend | K | T | | | | | |
| 48. First Eagle Overseas IRA (Schwab) | A | Dividend | K | T | | | | | |
| 49. T Rowe Price new ERA FD | A | Dividend | J | T | | | | | |
| 50. State of California Govt Bond | B | Interest | K | T | | | | | |
| 51. JP Morgan Highbridge Stat Mkt | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J. | 01/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Pimco Emrg Local Bd | A | Interest | K | T | | | | | |
| 53. California Health stock | B | Dividend | K | T | | | | | |
| 54. T Rowe Price New Income Fund | C | Dividend | K | T | | | | | |
| 55. Permanent Portfolio | A | Dividend | K | T | | | | | |
| 56. Berwyn Income Fund | A | Dividend | K | T | | | | | |
| 57. American Fund New World | A | Dividend | J | T | | | | | |
| 58. Vanguard Ca Interim Term Tax Exempt FD (Schwab) | B | Interest | K | T | | | | | |
| 59. American Fund New World | B | Interest | K | T | | | | | |
| 60. Osterweis Strategic Income Fund | B | Interest | K | T | | | | | |
| 61. Highmark Generva Mid Cap Growth | C | Interest | M | T | | | | | |
| 62. Merger Fund Reinv Divs | B | Dividend | L | T | | | | | |
| 63. RS Global Natural | B | Interest | K | T | | | | | |
| 64. Royce PA Mutual Fund | B | Interest | K | T | | | | | |
| 65. Dodge and Cox Stock Fund | C | Dividend | M | T | | | | | |
| 66. Pimco Emrg Local Bond Fund | C | Interest | L | T | | | | | |
| 67. Saratoga California UN | C | Interest | L | T | | | | | |
| 68. Pimco Emrg Local Bd Fd Instl Cl | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J. | 01/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. T Rowe Price New Income Fund | A | Interest | K | T | | | | | |
| 70. Market Vectors ETF Trustgold Miners | A | Interest | J | T | | | | | |
| 71. Berwyn Income Fund | A | Int./Div. | K | T | | | | | |
| 72. T Rowe Price Short Term Bond | B | Interest | L | T | | | | | |
| 73. Primecap Odyssey Growth | C | Int./Div. | M | T | | | | | |
| 74. Tweedy Browne Global | C | Interest | L | T | | | | | |
| 75. FPA New Income Cl A | C | Interest | L | T | | | | | |
| 76. American Fund Cap World | C | Interest | L | T | | | | | |
| 77. American Fund Cap World | C | Int./Div. | K | T | | | | | |
| 78. Vanguard Short Term Tax Exempt FD Investor SHR | C | Interest | | | Sold | 01/14/16 | O | | |
| 79. BMW North America Bk | C | Interest | M | T | | | | | |
| 80. Longleaf Partners Small Cap Fund | A | Interest | K | T | | | | | |
| 81. Market Vectors ETF Trustgold Miners Fund | A | Interest | K | T | | | | | |
| 82. American Fund Fundamental Inv Fd | C | Interest | M | T | | | | | |
| 83. American Fund New World Fd CL F1 | B | Int./Div. | L | T | | | | | |
| 84. Berwyn Income Fund Reinv Divs/Reinv | B | Dividend | L | T | | | | | |
| 85. Vanguard Inflation (but see #94 below) | B | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J. | 01/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Osterweis Strategic Income Fund | B | Int./Div. | L | T | | | | | |
| 87. Doubleline total Return Bond fund (X) | D | Int./Div. | | | Sold | 11/30/16 | N | | |
| 88. Vangurard Inflation (but see #99 below) | B | Int./Div. | | | Sold | 01/19/16 | M | | |
| 89. Vanguard Interim Term Tax Exmpt | B | Int./Div. | M | T | | | | | |
| 90. Bank of China NY | D | Int./Div. | M | T | | | | | |
| 91. Osterweis Strategic Income Fund | B | Int./Div. | L | T | | | | | |
| 92. Primecap Idyssey Growth | B | Int./Div. | K | T | | | | | |
| 93. Tweedy Browne Global Value Fund | A | Int./Div. | L | T | | | | | |
| 94. American Fund New World | B | Int./Div. | L | T | | | | | |
| 95. FPA New Income CL | B | Int./Div. | M | T | | | | | |
| 96. iShares Gold Trust | B | Int./Div. | K | T | | | | | |
| 97. Exchange Trad FD | A | Int./Div. | J | T | | | | | |
| 98. Vanguard MSCI | A | Int./Div. | J | T | | | | | |
| 99. Vanguard Total Stock Mkt | A | Int./Div. | | | Sold | 01/15/16 | J | | |
| 100. iShares TR Barclays Tipsbonds | B | Int./Div. | K | T | | | | | |
| 101. iShares TR Barclays, Treasury Bond Fund | A | Int./Div. | J | T | | | | | |
| 102. SPDR Barclays Short Term Corp bond | B | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J. | 01/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  Vangurad MSCI EAFE ETF | A | Int./Div. | J | T | | | | | |
| 104.  iShares ETF AAA rate corp bond | A | Int./Div. | | | Sold | 01/13/16 | J | | |
| 105.  Blackrock Global | D | Int./Div. | M | T | | | | | |
| 106.  American FD Cap World F1 | B | Int./Div. | K | T | | | | | |
| 107.  American FD Fund Inv Fd CL F-1 | C | Int./Div. | M | T | | | | | |
| 108.  American Fund New World Fd Cl F1 | B | Dividend | K | T | | | | | |
| 109.  Dodge and Cox Stock Fund | B | Dividend | L | T | | | | | |
| 110.  Dodge and Cox Income Fund | C | Int./Div. | L | T | | | | | |
| 111.  First Eagle Gold Fund CL A | A | Int./Div. | K | T | | | | | |
| 112.  First Eagle Overseas, Fund Cl A | B | Int./Div. | K | T | | | | | |
| 113.  Highmark Geneva Mid Cap Gwth A | C | Int./Div. | L | T | | | | | |
| 114.  Merger Fund Reinv Divs | B | Dividend | K | T | | | | | |
| 115.  Pimco Emrg Local Bd Fd | B | Int./Div. | K | T | | | | | |
| 116.  Primecap Odyssey Growth Reinv Divs | D | Int./Div. | M | T | | | | | |
| 117.  RS Global Natural | A | Int./Div. | K | T | | | | | |
| 118.  T Rowe Price New Era Fd | B | Int./Div. | L | T | | | | | |
| 119.  Tweedy Browne Global | B | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J. | 01/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  Primecap Odyssey Growth | B | Interest | K | T | | | | | |
| 121.  American FD Cap World | A | Int./Div. | J | T | | | | | |
| 122.  American FD Fundamental | C | Int./Div. | L | T | | | | | |
| 123.  American Fund New World | B | Int./Div. | K | T | | | | | |
| 124.  Forward Select Income | C | Int./Div. | K | T | | | | | |
| 125.  Berwyn Income Fund | C | Int./Div. | K | T | | | | | |
| 126.  Egshares ETF | A | Int./Div. | J | T | | | | | |
| 127.  First Eagle Gold Fund | C | Int./Div. | L | T | | | | | |
| 128.  Santa Clara, Calif Uni School bonds | B | Int./Div. | L | T | | | | | |
| 129.  T.Rowe Price New Income Fund | D | Int./Div. | M | T | | | | | |
| 130.  Vanguard Primecap Core Fund | B | Int./Div. | K | T | | | | | |
| 131.  Pimco ETF | A | Interest | J | T | | | | | |
| 132.  Ally Bank Common Stock | B | Int./Div. | M | T | | | | | |
| 133.  Goldman Sachs Bank Common Stock | C | Int./Div. | M | T | | | | | |
| 134.  Fifth Third Bank Common Stock | B | Int./Div. | M | T | | | | | |
| 135.  Primecap Odyssey Growth | B | Int./Div. | K | T | | | | | |
| 136.  Spdr Gold Trust | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J. | 01/04/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. Vanguard Div Appreciation | C | Int./Div. | L | T | | | | | |
| 138. Market Vectors ETF Trustgold Miners Fund | C | Int./Div. | L | T | | | | | |
| 139. GE Money Bank Common Stock | B | Int./Div. | M | T | | | | | |
| 140. MSCI UTD Kingdm United Kingdom Index Fund | A | Int./Div. | K | T | | | | | |
| 141. ishares TR Russell 2000 Index fund | A | Int./Div. | J | T | | | | | |
| 142. SPDR Barclarys ETF | A | Int./Div. | K | T | | | | | |
| 143. IShares MSCI Hong Kong | A | Int./Div. | | | Sold | 01/13/16 | J | | |
| 144. Vanguard Tax Exempt Admiral Share | C | Int./Div. | | | Sold | 01/14/16 | L | | |
| 145. Royal Bank of Canada | G | Dividend | | | Sold | 03/10/16 | M | | |
| 146. Microsoft Stock | E | Dividend | M | T | | | | | |
| 147. Oracle Corp Stock | E | Dividend | | | Sold | 03/24/16 | L | | |
| 148. Pepsico Stock | D | Dividend | M | T | | | | | |
| 149. Berwyn Income Fund | E | Dividend | O | T | | | | | |
| 150. Primecap Odyssey Growth | E | Dividend | P1 | T | | | | | |
| 151. Tweedy Brown Global | E | Dividend | | | Sold | 11/30/16 | N | | |
| 152. Selma, Ca Bonds | D | Int./Div. | M | U | | | | | |
| 153. Sierra Kings Hospital Bonds | D | Int./Div. | M | U | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J. | 01/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. Vacaville, Cal Bonds | D | Int./Div. | M | U | | | | | |
| 155. Empire Business Park, Pittsburg, Cal : see sec VIII re appraisal | G | Distribution | P2 | Q | | | | | |
| 156. Kingsburg, Ca Muni Bonds | C | Int./Div. | L | U | | | | | |
| 157. Mendota, Ca Muni Bonds | D | Int./Div. | M | U | | | | | |
| 158. Poway Muni Bonds | D | Int./Div. | M | U | | | | | |
| 159. Tejon Ranch Muni Bond | D | Int./Div. | M | U | | | | | |
| 160. Waxco, Ca Munit Bonds | D | Int./Div. | M | U | | | | | |
| 161. General Electric Company stock | E | Int./Div. | N | T | | | | | |
| 162. Wisdomtree JPN Hdgd Eqty Fnd | A | Int./Div. | K | T | | | | | |
| 163. Doubleline Total Return Bd Fd | B | Int./Div. | K | T | | | | | |
| 164. Orinda Income Oppty Inst | B | Int./Div. | | | Sold | 03/16/16 | M | | |
| 165. Huntington Beach, Ca Bonds | D | Int./Div. | M | T | | | | | |
| 166. IShares China Large Cap | B | Int./Div. | K | T | | | | | |
| 167. Pasadena Gov Bonds | D | Int./Div. | | | Sold | 01/12/16 | M | | |
| 168. IShares TR MSCU Untd Kngdm | B | Int./Div. | K | T | | | | | |
| 169. Arctrust Properties, Inc | C | Royalty | N | T | | | | | |
| 170. IShares Core MSCI EAFE (X) | E | Interest | O | T | Sold (part) | 12/02/16 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Name of Person Reporting | | | | Date of Report | | |
| O'Neill, Lawrence J. | | | | 01/04/2017 | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Vanguard FTSE Emergin Markets ETF | E | Interest | O | T | | | | | |
| 172. Ishares 3-7 yr Treasury Bond ETF (X) | B | Int./Div. | K | T | Buy | 02/09/16 | K | | |
| 173. Sch Adv Cash Res Prem (X) | A | Int./Div. | J | T | Buy | 02/05/16 | J | | |
| 174. Ishares Core MSCI EAFE ETF (X) | E | Int./Div. | O | T | Buy | 01/19/16 | O | | |
| 175. American FD New World Fd Cl F2 (X) | F | Int./Div. | O | T | Buy | 01/14/16 | O | | |
| 176. Osterweis Strat Inc Fund (X) | F | Int./Div. | O | T | Buy | 01/13/16 | O | | |
| 177. Dixon CA USD Bonds (X) | C | Int./Div. | L | T | Buy | 04/07/16 | L | | |
| 178. Ross VY CA SD 0% Bonds (X) | D | Interest | M | T | Buy | 04/26/16 | M | | |
| 179. Harbor Inernational Fund Inst Cl (X) | E | Int./Div. | O | T | Buy | 11/30/16 | O | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The Argonaut Investment at VII, line 17 was purchased more than 20 years ago (prior to taking the Bench) at an initial investment of $50,000.
.

All of the assets in Part VII are in the Living Trust referred to in Part I, line 1.

Part VII, Line 155:  This property was inherited in 2014, after having been formally appraised on 01-24-2014.

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J. | 01/04/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lawrence J. O'Neill**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544